**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GIOVANNI K. KURTZE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-00208-APG-PAL<br><br>**ORDER** |

On January 23, 2017, the court received the plaintiff's civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff Giovanni Kurtze did not file an application to proceed in forma pauperis and he did not pay the filing fee. The court will retain Kurtze's civil rights complaint but will not take further action until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the clerk of the court must send Kurtze the approved form application to proceed without prepayment of fees.

IT IS FURTHER ORDERED that by March 3, 2017, Brown must either: (1) file a fully complete application to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Kurtze's failure to timely comply with this order may result in his case being dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall file a certificate of interested parties as required by Local Rule 7.1-1 by March 3, 2017.

DATED this 1st day of February, 2017.

                                                ANDREW P. GORDON<br>
                                                UNITED STATES DISTRICT JUDGE