# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI K. KURTZE, | Case No. 2:17-cv-0208-APG-PAL |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | (ECF. No. 10) |

On January 17, 2018, Magistrate Judge Leen entered a report and recommendation that I dismiss this case with prejudice because plaintiff Giovanni Kurtze's complaint fails to state a claim as a matter of law and cannot be cured by amendment. ECF No. 10. Kurtze did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

Additionally, Judge Leen's report and recommendation was returned in the mail. ECF No. 11. Thus, it appears Kurtze has not advised the court of his current address. Under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

/ / / /

/ / / /

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 10) is accepted**. Plaintiff Giovanni Kurtze's complaint is DISMISSED with prejudice.

DATED this 2nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE